IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES THULL,

    Appellant,

v.

WELLS FARGO BANK, N.A.,

    Appellee.

ORDER

Case No. 17-cv-390-jdp

Appellant James Thull has filed a notice of appeal of an order of the bankruptcy court. Appellant seeks to commence this lawsuit without prepayment of the $298.00 appeal filing fee.

From the affidavit of indigency appellant has submitted, I find that appellant is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Appellant James Thull's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in this case until the court has received the appeal record from the bankruptcy court. Once the appeal record is received, the court will set a briefing schedule.

Entered this 14th day of June, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge