IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES THULL,

    Appellant,

v.

WELLS FARGO BANK, N.A.,

    Appellee.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-390-jdp
Bankruptcy Appeal no. 13-15255

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of appellee Wells Fargo Bank, N.A. affirming the order of the United States Bankruptcy Court for the Western District of Wisconsin granting relief of the automatic stay in Case No. 13-15255.

| /s/ | 3/20/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |